■ In the Matter of JAMES E. REED, Appellant, v. PATRICK V. MURPHY, as Police Commissioner of the City of New York, et al., Respondents.— Judgment, Supreme Court, New York County, entered on May 7, 1971, unanimously affirmed, without costs and without disbursements. Concur — Stevens, P. J., McGivern, McNally and Steuer, JJ.; Kupferman, J., concurs in the following memorandum: While the law is clear that the Police Commissioner has the right to terminate a probationer without a hearing unless bad faith is shown, the statement that the petitioner was "an unsatisfactory probationer" is in error. His record while on probation was good.